**Joe R. SALAZAR, Petitioner,**

v.

**The PEOPLE of the State of Colorado, Respondent.**

**No. 85SC451.**

Supreme Court of Colorado, En Banc.

Oct. 21, 1987.

Ted J. Malouff, Pueblo, for petitioner.

John M. Hutchins, First Asst. Atty. Gen., for respondent.

Upon consideration of the record on appeal, the briefs and oral argument of counsel, and now being sufficiently advised in the premises,

IT IS THIS DAY ORDERED that the Writ of Certiorari in the above captioned

cause shall be, and the same hereby is, DENIED as having been improvidently granted.

Colorado Court of Appeals, Div. I.